UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

**American Family Mutual Insurance Company,**

      Plaintiff,

v.                                                    Case No.:  14-CV-896

**St. Paul Fire and Marine Insurance Company and Richard Rollyson**,

      Defendants.

_____

### STIPULATION TO DISMISS DEFENDANT ST. PAUL FIRE & MARINE INSURANCE COMPANY WITH PREJUDICE AND TO VOLUNTARILY DISMISS RICHARD ROLLYSON WITHOUT PREJUDICE

_____

    1. **Voluntary Dismissal of Defendant St. Paul Fire and Marine Insurance Company *With Prejudice*.** Plaintiff American Family Insurance Company and Defendant St. Paul Fire and Marine Insurance Company stipulate to the dismissal of this case as to Defendant St. Paul Fire and Marine Insurance Company *with prejudice*, with Plaintiff American Family Insurance Company and Defendant St. Paul Fire and Marine Insurance Company to each bear its own costs and fees.

    2. **Voluntary Dismissal of Defendant Richard Rollyson *Without Prejudice*.** Plaintiff American Family Insurance Company stipulates to the voluntary dismissal of this case as to Defendant Richard Rollyson *without prejudice*, with Plaintiff American Family Insurance Company and Defendant Richard Rollyson to each bear its / his own costs and fees.

| **PLAINTIFF AMERICAN FAMILY INSURANCE COMPANY** | **DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY** |
|---|---|
| By: /s/   Michael P. Crooks         . | By: /s/ David J. Hanus         . |
| Michael Patrick Crooks | David John Hanus |
| Peterson, Johnson & Murray, S.C. | Hinshaw & Culbertson, LLP |
| 3 South Pinckney Street, Ninth Floor | 100 East Wisconsin Avenue |
| Madison, WI 53703 | Milwaukee, WI 53202-4115 |
| 608-256-5220 | 414-225-4807 |
| mcrooks@pjmlaw.com | dhanus@hinshawlaw.com |

**Error! Unknown document property name.**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

_____

**American Family Mutual Insurance Company,**

      Plaintiff,

v.                                                                                 Case No.:  14-CV-896

**St. Paul Fire and Marine Insurance Company and Richard Rollyson**,

      Defendants.

## ORDER DISMISSING CASE AS TO DEFENDANT ST. PAUL FIRE & MARINE INSURANCE COMPANY WITH PREJUDICE AND DISMISSING CASE AS TO RICHARD ROLLYSON WITHOUT PREJUDICE

1.   **Voluntary Dismissal of Defendant St. Paul Fire and Marine Insurance Company With Prejudice.**  This case is hereby dismissed *with prejudice* as to Defendant St. Paul Fire and Marine Insurance Company, with Plaintiff American Family Insurance Company and Defendant St. Paul Fire and Marine Insurance Company to each bear its own costs and fees.

2.   **Voluntary Dismissal of Defendant Richard Rollyson *Without Prejudice.*** This case is hereby *voluntarily dismissed without prejudice* as to Defendant Richard Rollyson, with Plaintiff American Family Insurance Company and Defendant Richard Rollyson to each bear its / his own costs and fees.

      ENTER:

      _____

      Hon. William M. Conley

*Order jointly prepared by Plaintiff American Family Insurance Company and Defendant St. Paul Fire and Marine Insurance Company*